**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

```
MICHAEL JOHN PISKANIN, JR.,      )
                                 )
            Petitioner,          )    Civil Action No. 07-1362
                                 )
     v.                          )    Judge Nora Barry Fischer
                                 )    Magistrate Judge Caiazza
MARK A. KRYSEVIG, et al.,        )
                                 )
            Respondents.         )
```

**MEMORANDUM ORDER**

Michael John Piskanin, Jr. filed a Petition for Writ of Habeas Corpus which was received by the Clerk of Court on October 10, 2007, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on January 22, 2008, recommended that the Petition for Writ of Habeas Corpus filed by Petitioner Piskanin be dismissed and that a certificate of appealability be denied. The parties were allowed ten days from the date of service to file objections. Piskanin filed objections on January 29, 2008.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this __22nd__ day of __February__, 2008,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by Michael John Piskanin, Jr. is dismissed, and a

certificate of appealability is DENIED.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 10), dated January 22, 2008, is adopted as the opinion of the court.

Nora Barry Fisher _FISHER_
United States District Court Judge

cc:
MICHAEL JOHN PISKANIN, JR.
GG-2457
SCI Cresson
P. O. Drawer A
Cresson, PA 16699-0001